711 A.2d 897

IN THE MATTER OF MARK H. JAFFE, AN ATTORNEY AT LAW.

June 30, 1998.

## ORDER

The Disciplinary Review Board on December 11, 1997, having filed with the Court its decision concluding that **MARK H. JAFFE** of **PRINCETON**, who was admitted to the bar of this

 

State in 1988, should be reprimanded for violating *RPC* 1.1(a) (gross neglect); *RPC* 1.3 (lack of diligence); *RPC* 1.4 (failure to communicate); and *RPC* 8.1(b) (failure to cooperate with disciplinary officials in an ethics investigation), and good cause appearing;

It is ORDERED that **MARK H. JAFFE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.